UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

GEOVANNI BAHENA FIGUEROA, on behalf of himself and all others similarly situated,
Plaintiff,

v.

RP RESTAURANT, LLC,
Defendant.

CASE NO.: 1:26-cv-48

------------------------------------------------------------------------x

**JOINT STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel as to Plaintiff and the Defendant in the above captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** June 30, 2026

| For Plaintiff Geovanni Bahena Figueroa | For Defendant RP Restaurant, LLC |
|---|---|
| */s/ Yaakov Saks*<br>Yaakov Saks<br>Stein Saks, PLLC<br>One University Plaza<br>Hackensack, NJ 07601<br>Ph: (201) 282-6500<br>ysaks@steinsakslegal.com | */s/ Samantha Damewood*<br>Samantha Damewood<br>Laner Muchin, Ltd.<br>515 N. State St. Suite 2400<br>Chicago, IL 60654<br>Ph: (312) 467-9800<br>sdamewood@lanerlaw.com |

## CERTIFICATE OF SERVICE

I certify that on June 30, 2026, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Yaakov Saks*
Yaakov Saks
**Stein Saks, PLLC**
One University Plaza
Hackensack, NJ 07601
*Attorneys for Plaintiff*